# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                               Chapter 13

CLAUDEL PIERRE-LOUIS                        Bankruptcy No. 20-12531-AMC

2647 N. 30TH ST

PHILADELPHIA, PA 19132

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CLAUDEL PIERRE-LOUIS

    2647 N. 30TH ST

    PHILADELPHIA, PA 19132

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/13/2020                                                                                                                              /s/ William C. Miller

                                                                                                                  _____
                                                                                                         William C. Miller, Esquire
                                                                                                         Chapter 13 Standing Trustee