United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12531-amc |
| Claudel Pierre-Louis | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 30, 2020 | Form ID: 152 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudel Pierre-Louis, 2647 N. 30th St, Philadelphia, PA 19132-3034 |
| 14508573 | | Delaware Co Drs, 2nd And Orange Strs, Media, PA 19063 |
| 14508574 | + | Jean Pierre-Louis, 238 W Sheldon St, Philadelphia, PA 19120-3319 |
| 14515493 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14508582 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14508581 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14515056 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14508583 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14508584 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14515321 | + | US Bank National Association, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 31 2020 02:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2020 02:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 31 2020 02:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14545747 | | Email/Text: megan.harper@phila.gov | Dec 31 2020 02:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14508569 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 31 2020 02:29:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14508570 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 31 2020 02:29:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14508572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 02:32:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14508571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2020 02:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14508575 | + | Email/Text: notices@burt-law.com | Dec 31 2020 02:33:00 | Neil Sarker Esq, 1060 Andrew Dr., Ste 170, West Chester, PA 19380-5601 |
| 14508576 | + | Email/PDF: cbp@onemainfinancial.com | Dec 31 2020 02:29:56 | OneMain Financial, 605 Munn Rd., 3rd fl, Fort Mill, SC 29715-8421 |
| 14509896 | + | Email/PDF: cbp@onemainfinancial.com | Dec 31 2020 02:30:41 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |

Case 20-12531-amc    Doc 31    Filed 01/01/21    Entered 01/02/21 00:46:12    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 152 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14508578 | | Email/Text: blegal@phfa.org | Dec 31 2020 02:32:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14508577 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 31 2020 02:32:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14508579 | + | Email/Text: blegal@phfa.org | Dec 31 2020 02:32:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14527857 | + | Email/Text: blegal@phfa.org | Dec 31 2020 02:32:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14518885 | | Email/Text: bnc-quantum@quantum3group.com | Dec 31 2020 02:32:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14508580 | + | Email/Text: consumerlending@sunfcu.org | Dec 31 2020 02:32:00 | Sun Federal Credit Union, 1917 Pickle Rd, Toledo, OH 43616-3167 |
| 14517100 | + | Email/Text: bncmail@w-legal.com | Dec 31 2020 02:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14527859 | + | Email/Text: blegal@phfa.org | Dec 31 2020 02:32:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14508585 | + | Email/Text: megan.harper@phila.gov | Dec 31 2020 02:32:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Claudel Pierre-Louis mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 152 | Total Noticed: 30 |

| | |
|---|---|
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Claudel Pierre−Louis
    Debtor(s)

Case No: 20−12531−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/26/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

30
Form 152