United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Claudel Pierre-Louis  
    Debtor

Case No. 20-12531-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 26, 2021      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudel Pierre-Louis, 2647 N. 30th St, Philadelphia, PA 19132-3034 |
| 14508573 | | Delaware Co Drs, 2nd And Orange Strs, Media, PA 19063 |
| 14508574 | + | Jean Pierre-Louis, 238 W Sheldon St, Philadelphia, PA 19120-3319 |
| 14515493 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14508582 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14508581 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14515056 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14508583 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14508584 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14515321 | + | US Bank National Association, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14545747 | | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14508569 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14508570 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:46 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14508572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:52:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14508571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:52:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14508575 | + | Email/Text: notices@burt-law.com | Jan 27 2021 02:53:00 | Neil Sarker Esq, 1060 Andrew Dr., Ste 170, West Chester, PA 19380-5601 |
| 14508576 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 02:59:46 | OneMain Financial, 605 Munn Rd., 3rd fl, Fort Mill, SC 29715-8421 |
| 14509896 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2021 02:59:46 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14508578 | | Email/Text: blegal@phfa.org | Jan 27 2021 02:52:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14508577 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 27 2021 02:52:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14508579 | + | Email/Text: blegal@phfa.org | Jan 27 2021 02:52:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14527857 | + | Email/Text: blegal@phfa.org | Jan 27 2021 02:52:00 | Pennsylvania Housing Finance Agency, 211 North |

Case 20-12531-amc   Doc 37   Filed 01/28/21   Entered 01/29/21 00:53:04   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 155 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14518885 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:52:00 | Front Street, Harrisburg, PA 17101-1406<br>Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14508580 | + | Email/Text: consumerlending@sunfcu.org | Jan 27 2021 02:52:00 | Sun Federal Credit Union, 1917 Pickle Rd, Toledo, OH 43616-3167 |
| 14517100 | + | Email/Text: bncmail@w-legal.com | Jan 27 2021 02:52:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14527859 | + | Email/Text: blegal@phfa.org | Jan 27 2021 02:52:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14508585 | + | Email/Text: megan.harper@phila.gov | Jan 27 2021 02:53:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Claudel Pierre-Louis mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Claudel Pierre−Louis
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−12531−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 26th of January 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

36 − 8
Form 155