**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                    :          CHAPTER 13
CLAUDEL PIERRE-LOUIS
    Debtor                                    CASE No 20-12531 AMC

<u>CERTIFICATE OF NO RESPONSE</u>

    I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that, February 5, 2021, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Notice of Fee Application and the Fee Application upon creditor, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer has been filed or served upon undersigned counsel.


Date:  March 2, 2021                          By:      /s/ Michael A. Cohen
                                                       Michael A. Cohen, Esquire
                                                       2113 Snyder Ave
                                                       Philadelphia, PA 19145
                                                       215-873-1159 fax 267-519-3506
                                                       PA Bar #93044