IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :              CHAPTER 13
CLAUDEL PIERRE-LOUIS
    Debtor                                       CASE No 20-12531 AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtors, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1.    The Fee Application is APPROVED; and

2.    Compensation for professional service rendered in the amount of $3,100.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse the balance of fees due from the amount on hand of upto **$2,000.00** directly to Michael A. Cohen, Esq., Counsel for Debtors.

DONE AND ORDERED this_____ day of_____, 2021.

**Date: March 3, 2021**                    _____
                                       HONORABLE Ashely M. Chan
                                       UNITED STATES BANKRUPTCY JUDGE