United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12531-amc |
| Claudel Pierre-Louis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Claudel Pierre-Louis, 2647 N. 30th St, Philadelphia, PA 19132-3034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Claudel Pierre-Louis mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.       ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :           CHAPTER 13
CLAUDEL PIERRE-LOUIS
   Debtor                                              CASE No 20-12531 AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtors, and a Certificate of No Response having been filed, and good cause having been shown,

IT IS ORDERED THAT:

1. The Fee Application is APPROVED; and

2. Compensation for professional service rendered in the amount of $3,100.00 and reimbursement of expenses, in the amount of $0, are ALLOWED, and the standing Trustee shall disburse the balance of fees due from the amount on hand of upto $2,000.00 directly to Michael A. Cohen, Esq., Counsel for Debtors.

DONE AND ORDERED this_____ day of_____, 2021.

**Date: March 3, 2021**                    _____
                                                  HONORABLE Ashely M. Chan
                                                  UNITED STATES BANKRUPTCY JUDGE