# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 20-12531-AMC

CLAUDEL  PIERRE-LOUIS

2647 N. 30TH ST

PHILADELPHIA, PA 19132

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CLAUDEL  PIERRE-LOUIS

  2647 N. 30TH ST

  PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

  MICHAEL A COHEN
  2113 SNYDER AVE

  PHILADELPHIA, PA 19145

                                              /S/ William C. Miller

Date: 4/8/2021                       _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee