United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 20-12531-amc
Claudel Pierre-Louis                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                   User: admin                                 Page 1 of 2
Date Rcvd: Oct 19, 2021            Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Claudel Pierre-Louis, 2647 N. 30th St, Philadelphia, PA 19132-3034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                                  Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Claudel Pierre-Louis mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 19, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Claudel Pierre-Louis <br>         Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, <br> (TRUSTEE FOR THE PENNSYLVANIA HOUSING <br> FINANCE AGENCY) <br>         Movant <br> vs. | NO. 20-12531 AMC |
| Claudel Pierre-Louis <br>         Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West, Esq. <br>         Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,901.12**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2021 through October 2021 at 505.78/month |
| Suspense Balance: | ($171.56) |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$3,901.12** |

2. The Debtor(s) shall cure said arrearages in the following manner;

    a) Beginning November 1, 2021 and continuing through April 2022, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$505.78** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$650.18** for the months of November 2021 through March 2022 and **$650.22** for the month of April 2022 towards the arrearages on or before the last day of each month.

    b) Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: October 8, 2021

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Movant

Date: 10/14/21

MICHAEL A. COHEN ESQUIRE
Attorney for Debtor(s)

Date: October 18, 2021

/s/ Jack Miller, Esquire, for*
Kenneth E. West, Esq.
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies,

Approved by the Court this _____ day of _____, 2021.  However, the court retains discretion regarding entry of any further order.

**Date: October 19, 2021**

_____
Bankruptcy Judge
Ashely M. Chan