United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12531-amc |
| Claudel Pierre-Louis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudel Pierre-Louis, 2647 N. 30th St, Philadelphia, PA 19132-3034 |
| 14508573 | | Delaware Co Drs, 2nd And Orange Strs, Media, PA 19063 |
| 14508574 | + | Jean Pierre-Louis, 238 W Sheldon St, Philadelphia, PA 19120-3319 |
| 14508582 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14508581 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14515056 | + | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P, c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14515321 | + | US Bank National Association, c/o Rebecca A. Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2022 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 16 2022 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14545747 | | Email/Text: megan.harper@phila.gov | Feb 16 2022 23:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14508569 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 23:41:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14508570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 23:41:43 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14508572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 23:40:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14508571 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 23:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14515493 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2022 23:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14508575 | + | Email/Text: notices@burt-law.com | Feb 16 2022 23:41:00 | Neil Sarker Esq, 1060 Andrew Dr., Ste 170, West Chester, PA 19380-5601 |
| 14508576 | + | Email/PDF: cbp@onemainfinancial.com | Feb 16 2022 23:41:53 | OneMain Financial, 605 Munn Rd., 3rd fl, Fort Mill, SC 29715-8421 |
| 14509896 | + | Email/PDF: cbp@onemainfinancial.com | Feb 16 2022 23:41:48 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |

Case 20-12531-amc   Doc 63   Filed 02/18/22   Entered 02/19/22 00:30:48   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Notice Type | Date | Name and Address |
|---|---|---|---|
| 14508578 | Email/Text: blegal@phfa.org | Feb 16 2022 23:40:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14508577 | + Email/Text: bankruptcygroup@peco-energy.com | Feb 16 2022 23:40:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14508579 | + Email/Text: blegal@phfa.org | Feb 16 2022 23:40:00 | Pennsylvania Housing Finance Agency, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14527857 | + Email/Text: blegal@phfa.org | Feb 16 2022 23:40:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14518885 | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2022 23:40:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14508580 | + Email/Text: consumerlending@sunfcu.org | Feb 16 2022 23:40:00 | Sun Federal Credit Union, 1917 Pickle Rd, Toledo, OH 43616-3167 |
| 14620529 | + Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 23:41:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620267 | + Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 23:41:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14517100 | + Email/Text: bncmail@w-legal.com | Feb 16 2022 23:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14527859 | + Email/Text: blegal@phfa.org | Feb 16 2022 23:40:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14508584 | + Email/Text: EDBKNotices@ecmc.org | Feb 16 2022 23:40:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 14508583 | + Email/Text: ECMCBKNotices@ecmc.org | Feb 16 2022 23:40:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14508585 | + Email/Text: megan.harper@phila.gov | Feb 16 2022 23:40:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL ADAM COHEN | on behalf of Debtor Claudel Pierre-Louis mcohen1@temple.edu |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> CLAUDEL PIERRE-LOUIS | Chapter 13 |
| Debtor | Bankruptcy No. 20-12531-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: 2/15/22

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

Debtor:
CLAUDEL PIERRE-LOUIS

2647 N. 30TH ST

PHILADELPHIA, PA 19132